UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COLLIN BAYNES,

        Plaintiff,

vs.

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X



Civil Action No.:
1:19-CV-03745-VSB-RWL

## PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE HIS MOTION FOR JUDGMENT ON THE PLEADINGS

**PLEASE TAKE NOTICE** that upon all the prior proceedings heretofore filed, Plaintiff moves this Court, on submission, for an Order granting an enlargement of time of sixty (60) days to file his motion for judgment on the pleadings and memorandum of law in support in this matter, which is currently due on November 27, 2019. This is Plaintiff's first request for an extension and is necessary due to the upcoming holidays and an unexpected increase in case load. Plaintiff has contacted counsel for Defendant who kindly consents to this motion.

Dated: November 18, 2019

Respectfully submitted,

By: /s/ Charles E. Binder
Law Office of Charles E. Binder
and Harry J. Binder, LLP
485 Madison Avenue, Suite 501
New York, NY 10022
(212)-677-6801
Fax (646)-273-2196
fedcourt@binderlawfirm.com

*Handwritten note:* Due to a congested calendar, the Court cannot grant the full extension requested. Accordingly, a shorter extension is granted as follows:
- Plaintiff motion due 12/20/19
- Opposition/cross-motion due 2/19/20
- Reply due 3/11/20.

SO ORDERED:
/s/ 11/19/19
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE