UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
COLLIN BAYNES,

                Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

19 **CIVIL** 3745 VSB-RWL

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 13, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings to include a new hearing and decision.

**Dated:** New York, New York
         February 13, 2020

                                          **RUBY J. KRAJICK**
                                             Clerk of Court
                                 BY:
                                                Deputy Clerk

                                          THIS DOCUMENT WAS ENTERED
                                          ON THE DOCKET ON 2/13/2020